# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135345

THOMAS CROMWELL, Personal
Representative of the Estate of
Lorie Cromwell,
        Plaintiff-Appellee,

v

                              SC: 135345
                              COA: 279755
                              Ogemaw CC: 06-655784-NH

WEST BRANCH REGIONAL
MEDICAL CENTER, JOHN
TOLFREE HEALTH SYSTEM,
INC., JOHN TOLFREE HEALTH
SYSTEM CORPORATION,
DIAGNOSTIC IMAGING OF
WEST BRANCH, P.C., and
MATTHEW WAACK, M.D.,
        Defendants-Appellants,

and

BAY EYE CARE CENTER, P.C.,
THEODORE BASH, D.O.,
PRIMARY CARE PRACTICE, P.C.,
DAVID HICKMAN, R.N., M.S.N., F.N.P.,
CHARLES T. ZENZEN, M.D.,
HECTOR CARRION, M.D.,
STEPHEN BROWN, M.D.,
and RAJIT PAHWA, M.D.,
        Defendants.

_____/

      On order of the Court, the application for leave to appeal the September 13, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

                                Clerk